**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYRONE LOVELL ARMSTRONG, | ) | NO. CV 10-04629 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| R. LOPEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/6/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE